IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKUR COBBS GANNAWAY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOURLEY, *et al.*,<br><br>　　　　Defendants. | No. 4:24-CV-02115<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 8th day of April 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Within <u>21 days</u> of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific directions for amendment provided in the accompanying Memorandum.

3. If no amended complaint is timely filed, dismissal of Plaintiff's complaint will automatically convert to dismissal <u>with prejudice</u> and the Court will CLOSE this case.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　Chief United States District Judge